**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 25-6990**

---

JOSE MARTIN ARGUETA,

       Plaintiff - Appellant,

   v.

STATE OF SOUTH CAROLINA; GENERAL ASSEMBLY,

       Defendants - Appellees.

---

Appeal from the United States District Court for the District of South Carolina, at Greenville.  Jacquelyn Denise Austin, District Judge.  (6:25-cv-12792-JDA)

---

Submitted:  March 12, 2026               Decided:  March 17, 2026

---

Before WILKINSON and KING, Circuit Judges, and KEENAN, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Jose Martin Argueta, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jose Martin Argueta appeals the district court's order adopting the magistrate judge's recommendation and dismissing Argueta's 42 U.S.C. § 1983 complaint without prejudice and without issuance or service of process.[*]  *See* 28 U.S.C. §§ 1915(e)(2)(B), 1915A(b).  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's order.  *Argueta v. South Carolina*, No. 6:25-cv-12792-JDA (D.S.C. Nov. 13, 2025).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] The order is final and appealable because the district court did not grant Argueta leave to amend his complaint.  *See Britt v. DeJoy*, 45 F.4th 790, 796 (4th Cir. 2022) (en banc) (order).